UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40259FDS

| | |
|---|---|
| ANDRE MITHCELL and <br> DOROTHY MITCHELL, <br>     Plaintiffs <br> <br> vs. <br> <br> OFFICER AARON KENNEDY, OFFICER ROBERT QUIRK, OFFICER DAVID SPADAFORE, SERGEANT MARK AMICO, SERGEANT DENNIS SURRETTE and the TOWN OF LEOMINSTER, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendants, OFFICER AARON KENNEDY, OFFICER ROBERT QUIRK, OFFICER DAVID SPADAFORE, SERGEANT MARK AMICO, SERGEANT DENNIS SURRETTE and the TOWN OF LEOMINSTER, in the above-captioned case.

                                                THE DEFENDANTS
OFFICER AARON KENNEDY,
OFFICER ROBERT QUIRK,
OFFICER DAVID SPADAFORE,
SERGEANT MARK AMICO,
SERGEANT DENNIS SURRETTE and the
TOWN OF LEOMINSTER

By    /s/ Nancy Frankel Pelletier, Esq.
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402

399077