UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE MITCHELL and DOROTHY MITCHELL )<br>    Plaintiffs,                               )<br>                                            )<br>v.                                             )<br>OFFICER AARON KENNEDY, OFFICER )<br>ROBERT QUIRK, OFFICER DAVID )<br>SPADAFORE, SERGEANT MARK AMICO, )<br>SERGEANT DENNIS SURRETTE and the )<br>TOWN OF LEOMINSTER )<br>    Defendants. | C.A No. 04-cv-40259-FDS |

**NOTICE OF APPEARANCE**

      Please enter the appearance of Michael Tumposky as co-counsel for the Plaintiff in the above-entitled action.

                                                      Respectfully Submitted,

                                                        //S// Michael Tumposky
                                                        Michael Tumposky (BBO#660618)
                                                        Hrones, Garrity & Hedges
                                                        Lewis Wharf-Bay 232
                                                        Boston, MA 02110-3927
                                                        T) (617) 227-4019

**CERTIFICATE OF SERVICE**

      I hereby certify, on this the 7th day of June, 2005, that I have caused to be served a copy of this document, where unable to do electronically, by first class mail, on all counsel of record in this matter.

                                                         //S// Michael Tumposky
                                                        Michael Tumposky