UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40259-FDS

ANDRE MITHCELL and )
DOROTHY MITCHELL, )
    Plaintiffs )
)
vs. )
)
OFFICER AARON KENNEDY, OFFICER )
ROBERT QUIRK, OFFICER DAVID )
SPADAFORE, SERGEANT MARK AMICO, )
SERGEANT DENNIS SURRETTE and the )
TOWN OF LEOMINSTER, )
    Defendants )

## DEFENDANTS' BUDGET 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: _/s/ Maureen MacDonald_
Maureen MacDonald
Authorized Representative of
Massachusetts Interlocal Insurance
Association
12 Gill Street, Suite 5500
P. O. Box 4043
Woburn, MA 01888-4043

By: _/s/ Nancy Frankel Pelletier_
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413) 732-2301
Fax (413) 785-4658
BBO # 544402

DATED: 6/20/05

402093