UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE MITCHELL and DOROTHY MITCHELL )<br>    Plaintiffs,                    )<br>                                  )<br>v.                                )<br>                                  )<br>OFFICER AARON KENNEDY, OFFICER     )<br>ROBERT QUIRK, OFFICER DAVID        )<br>SPADAFORE, SERGEANT MARK AMICO,    )<br>SERGEANT DENNIS SURRETTE and the   )<br>TOWN OF LEOMINSTER                 )<br>    Defendants.                   )<br>                                  ) | C.A No. 04-40259-FDS |

**COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

In accordance with Local Rule 16.1(D)(3), the undersigned counsel as an authorized representative of Plaintiffs Andre and Dorothy Mitchell, certify that counsel and parties have conferred with a view to establishing a budget for the costs of conducting the full course and various alternate courses of litigation and to consider the resolution of the litigation through the use of ADR process such as those outlined in Local Rule 16.1(D)(3).

|  | Respectfully Submitted<br>Andre and Dorothy Mitchell<br>By their attorneys, |
|---|---|
|  | //S//Jessica D. Hedges |
| //S//Andre Mitchell | Stephen Hrones |
| Andre Mitchell | BBO # 242860 |
|  | Jessica D. Hedges |
|  | BBO # 645847 |
| //S//Dorothy Mitchell | Michael Tumposky |
| Dorothy Mitchell | BBO No. 660618 |
|  | Hrones, Garrity & Hedges |
|  | Lewis Wharf-Bay 232 |
| Dated: June 22, 2005 | Boston, MA 02110-3927 |
|  | T) 617-227-4019 |

1

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this the 22nd day of June, 2005, I have served a copy of Plaintiff's Local Rule 16.1 Certification, where not able to do so electronically, by first-class mail to all counsel of record in this matter.

                                                    //S// Michael Tumposky
                                                    Michael Tumposky