UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE MITCHELL and DOROTHY MITCHELL )<br>    Plaintiffs,                                          )<br>                                                )<br>v.                                                   )<br>OFFICER AARON KENNEDY, OFFICER )<br>ROBERT QUIRK, OFFICER DAVID )<br>SPADAFORE, SERGEANT MARK AMICO, )<br>SERGEANT DENNIS SURRETTE and the )<br>TOWN OF LEOMINSTER )<br>    Defendants. | C.A No. 04-40259-FDS |

**PROPOSED SCHEDULING ORDER**

Pursuant to Local Rule 16.1, the Plaintiffs and Defendants hereby submit this proposed scheduling order:

**I.   PROPOSED DISCOVERY PLAN**

       A.    Automatic Disclosures by September 1, 2005;

       B.    All motions to amend or supplement by September 15, 2005;

       C.    All fact discovery by March 1, 2006;

       D.    All expert depositions by April 1, 2006;

       E.    All dispositive motions by July 1, 2006;

       F.    All responses to dispositive motions by August 1, 2006.

                                              Respectfully Submitted
                                              Andre and Dorothy Mitchell
                                              By their attorneys,

| | |
|---|---|
| //S//Nacy Pelletier | //S//Michael Tumposky |
| Nancy Pelletier | Stephen Hrones |
| Robinson Donovan, PC | BBO # 242860 |
| 1500 Main Street | Jessica D. Hedges |
| Suite 1600 | BBO # 645847 |
| Springfield, MA 01115 | Michael Tumposky |
| T) 413-732-2301 | BBO # 660618 |
| | Hrones, Garrity & Hedges |
| | Lewis Wharf-Bay 232 |
| | Boston, MA 02110 |
| | T) 617-270-1184 |

## CERTIFICATE OF SERVICE

    I hereby certify that, on this the 29th day of June, 2005, I have served a copy of Plaintiffs' Proposed Scheduling Order, where not able to do so electronically, by first-class mail to all counsel of record in this matter.

                                          //S// Michael Tumposky
                                          Michael Tumposky