UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE MITCHELL and DOROTHY MITCHELL )<br>    Plaintiffs,                                      )<br>                                                     )<br>v.                                                        )<br>OFFICER AARON KENNEDY, OFFICER  )<br>ROBERT QUIRK, OFFICER DAVID         )<br>SPADAFORE, SERGEANT MARK AMICO,  )<br>SERGEANT DENNIS SURRETTE and the    )<br>TOWN OF LEOMINSTER                       )<br>    Defendants.                                   )<br>                                                     ) | CA NO. 04-40259FDS<br><br>**NOTICE OF APPEARANCE** |

      Please enter my appearance as co-counsel to the Plaintiffs, Andre Mitchell and Dorothy Mitchell, in the above-captioned matter.

                                                  Respectfully submitted,
                                                  The Plaintiffs Andre Mitchell &
                                                  Dorothy Mitchell,
                                                 By their attorneys,

                                                 //S//Jessica D Hedges
                                               Jessica D Hedges (BBO No. 645847)
                                               HRONES GARRITY & HEDGES LLP
                                               Lewis Wharf-Bay 232
                                               Boston, MA 02110-3927
                                               T)617/227-4019

**CERTIFICATE OF SERVICE**

      I, Jessica D Hedges, hereby certify that on this 26th day of July, 2005, I served one true and correct copy of the foregoing NOTICE OF APPEARANCE, where unable to do so electronically, by United States First-Class Mail, postage prepaid, as follows: Nancy Frankel Pelletier, Esq. ROBINSON DONOVAN *et al.*, 1500 Main St, Ste 1600, P.O. Box 15609, Springfield, MA 01115.

                                               //S//Jessica D Hedges
                                               Jessica D. Hedges