UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE MITCHELL and DOROTHY MITCHELL )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>OFFICER AARON KENNEDY, OFFICER )<br>ROBERT QUIRK, OFFICER DAVID )<br>SPADAFORE, SERGEANT MARK AMICO, )<br>SERGEANT DENNIS SURRETTE and the )<br>TOWN OF LEOMINSTER )<br>    Defendants. )<br>) | C.A No. 04-40259-FDS |

**ASSENTED-TO REQUEST FOR REFERRAL TO ADR**

The Plaintiffs hereby request referral to Alternative Dispute Resolution. Defendants assent to this request.

Respectfully Submitted,
Plaintiffs Andre and Dorothy Mitchell
By their attorneys,

//s// Michael Tumposky
Stephen Hrones (BBO # 242860)
Jessica D. Hedges (BBO # 645847)
Michael Tumposky (BBO # 660618)
Hrones, Garrity & Hedges
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T) 617 227-4019

DATED: April 28, 2006

**CERTIFICATE OF SERVICE**

I, Michael Tumposky, hereby certify that, on this the 28th day of April, 2006, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

//s// Michael Tumposky
Michael Tumposky

1