UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANDRE MITCHELL, et. al.,

    Plaintiff,                                    CIVIL ACTION
v.                                                                 NO.  04-40259-FDS

AARON KENNEDY, et. al.,

    Defendant,

## NOTICE OF AND ORDER REGARDING MEDIATION

The parties are hereby notified that the court has scheduled a mediation conference for **Wednesday, August 13, 2006 @ 10:00 A.M.** in The United States District Court in **WORCESTER**, Courtroom #1 on the 5th Floor. Counsel are directed to be present with their respective clients.

In addition, each party shall submit a **brief** memorandum addressing the party's position on the merits of the case and on settlement. This should be filed with my Clerk by e-mail at lisa_roland@mad.uscourts.gov **no later than two (2) days before the conference.** The memorandum should be marked "Confidential - Not for Docketing" and will be held in confidence by the Court.

**If any party believes that the case is not ready for mediation at this time, please notify opposing counsel and the court as soon as possible.**

                                                                   / s /Timothy S. Hillman
                                                                   Timothy S. Hillman
DATED: September 11, 2006                United States Magistrate Judge