UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANDRE MITCHELL, et. al.,

    Plaintiff,　　　　　　　　　　　　CIVIL ACTION
v.　　　　　　　　　　　　　　　　　　NO.  04-40259-FDS

AARON KENNEDY, et. al.,

    Defendant,

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE SAYLOR

HILLMAN, M.J.

On   September 13, 2006   I held the following ADR proceeding:

\_\_\_\_  EARLY NEUTRAL EVALUATION　　 X   MEDIATION
\_\_\_\_  MINI-TRIAL　　　　　　　　　\_\_\_\_  SUMMARY JURY TRIAL
\_\_\_\_  SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer .

The case was:

( )   Settled.  Your clerk should enter a \_\_\_ day order of dismissal.
( )   There was progress.  A further conference has been scheduled for _____.
　　　unless the case is reported settled prior to that date.
(**X**)  Further efforts to settle this case at this time are, in my judgment, unlikely to be
　　　productive.  This case should be restored to your trial list.


October 10,  2006　　　　　　　　　　　/s/ Timothy S. Hillman
Date　　　　　　　　　　　　　　　　　TIMOTHY S. HILLMAN, M.J.