UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-40259-FDS

| | |
|---|---|
| ANDRE MITCHELL and DOROTHY MITCHELL,<br>    Plaintiffs<br>vs.<br>OFFICER AARON KENNEDY, OFFICER ROBERT QUIRK, OFFICER DAVID SPADAFORE, SERGEANT MARK AMICO, SERGEANT DENNIS SURRETTE and the TOWN OF LEOMINSTER,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO FILE A MEMORANDUM IN EXCESS OF 20 PAGES PURSUANT TO LOCAL RULE 7.1(B)(4)**

NOW COME the defendants, Officer Aaron Kennedy, Officer Robert Quirk, Officer David Spadafore, Sergeant Mark Amico, Sergeant Dennis Surrette, and the Town of Leominster, and hereby request leave of this Court to file a memorandum in support of defendants' motion for summary judgment in excess of 20 Pages. As reasons therefor, the defendants state that each of the six named defendants is moving for either summary judgment or partial summary judgment and, additionally, that extensive reference to the plaintiffs' deposition testimony is required to properly support their motion.

WHEREFORE, based upon the foregoing, the defendants respectfully request leave to file a Motion in Excess of 20 Pages.

THE DEFENDANTS
OFFICER AARON KENNEDY, OFFICER ROBERT QUIRK, OFFICER DAVID SPADAFORE, SERGEANT MARK AMICO, SERGEANT DENNIS SURRETTE and the TOWN OF LEOMINSTER

By /s/ *Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., BBO #544402
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
npelletier@robinson-donovan.com

464346

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 15th day of November, 2006.

                                          /s/ *Nancy Frankel Pelletier*
                                        Nancy Frankel Pelletier, Esq.

464346