UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-40259-FDS

| | |
|---|---|
| ANDRE MITCHELL and <br> DOROTHY MITCHELL, <br>     Plaintiffs <br><br> vs. <br><br> OFFICER AARON KENNEDY, OFFICER ROBERT QUIRK, OFFICER DAVID SPADAFORE, SERGEANT MARK AMICO, SERGEANT DENNIS SURRETTE and the TOWN OF LEOMINSTER, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME the defendants, and hereby move this Court pursuant to Mass. R. Civ. P. 56 to allow their Motion for Summary Judgment. The defendants assert that there are no material facts in dispute and that they are entitled to judgment as a matter of law. As reasons for this Motion, the defendants attach hereto and incorporate by reference a Memorandum of Law in support of their Motion for Summary Judgment.

Wherefore, based upon the foregoing, the defendants respectfully request that judgment enter in their favor, and for such other and further relief as this Court deems just and proper.

                                                                    THE DEFENDANTS
                                                                    OFFICER AARON KENNEDY, OFFICER ROBERT QUIRK, OFFICER DAVID SPADAFORE, SERGEANT MARK AMICO, SERGEANT DENNIS SURRETTE and the TOWN OF LEOMINSTER

By /s/ *Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., BBO #544402
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
npelletier@robinson-donovan.com

464374

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 15th day of November, 2006.

                                                /s/ *Nancy Frankel Pelletier*
                                          Nancy Frankel Pelletier, Esq.

464374