## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Mitchell,**
      **Plaintiff(s),**

    V.

**CIVIL ACTION**

**NO. 04-40259-FDS**

**Kennedy,**
      **Defendant(s),**

### SETTLEMENT ORDER OF DISMISSAL

**Saylor, D. J.**

    The Court having been advised on ____August 23, 2007____ that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                              By the Court,

    ____August 23   2007____                    ____/s/ Martin Castles____
         Date                                                                Deputy Clerk